**Arthur L. Barnes** (SBN 096886)
Attorney at Law
205 W. Yosemite Ave..
Manteca, CA 95336
PH: (209) 825-8157
FAX (209) 825-6115

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

RIPON SELF STORAGE, LLC

Debtor.

CASE NO. 10-27215-D-11

D.C. No. ALB - 9

Chapter 11

First Interim Fee Application by Debtor's Bankruptcy Counsel - Arthur L. Barnes

Date: December 1, 2010
Time: 10:00 am
Dept: D

To the Honorable William J. Bardwil, Bankruptcy Judge,

The Debtor's Chapter 11 Bankruptcy counsel, Arthur L. Barnes (hereafter "Attorney Barnes"), respectfully represents under penalty of perjury:

1. This interim attorney fee application is made pursuant to 11 U.S.C. §§ 330 & 331 for payment of legal services rendered to the Debtor-in-possession from the petition date on March 23, 2010, through and including the last regular appearance made by Attorney Barnes in this Court on August 18, 2010 addressing Exchange Bank's Motion to Lift the Automatic Stay.

2. **Total fees requested by Attorney Barnes in this first interim fee application are**

1

**$20,480.00.**

3. This Court approved the Debtor-in-possession's request to retain Attorney Barnes as Bankruptcy Counsel on May 4, 2010 (that Order is attached hereto as Exhibit A).

4. That employment order establishes that Attorney Barnes may only be compensated by the Debtor for attorney fees through court order for a fee application requested pursuant to 11. U.S.C. § 330(a) and that an application for interim attorney fees may only be made once every 120 days upon request and for reasonable grounds alleged in the application.

5. The employment order also establishes that attorney fees will compensated at the "lodestar rate" applicable at the time services were rendered according to *In re Minoa Finance Co.*, 853 F.2d 687 (9th Cir. 1988).

6. By this application Attorney Barnes alleges that reasonable grounds exist for this Court to approve interim attorney fees to Attorney Barnes. Attorney Barnes believes that his standard rates are reasonable and reflect the market rate for chapter 11 bankruptcy representation in the California Eastern Bankruptcy District. The hourly rates which Attorney Barnes charges are: $300 for his fees, and $60 for support staff.

7. Attorney Barnes and his support staff record and maintain daily time "logs" for all hours billed which records include: the date of services rendered, by whom, a description of the service performed, and the hours billed. A chronological summary of the time spent by Attorney Barnes and his support staff on the Debtor's behalf in this bankruptcy is attached hereto as Exhibit B.

8. The total actual billable dollars applied for in this attorney fee application is **$20,480.00**, representing **85.5** hours of professional time spent representing the Debtor in issues regarding this bankruptcy case.

9. Accordingly, the $15,000 retainer taken by Attorney Barnes pre-petition has been exhausted through this interim fee application and Attorney Barnes only charged the Debtor $5,000 pre-petition to prepare and file its petition and to advise the Debtor as to

its other legal issues.

10. During this bankruptcy case Attorney Barnes' time was spent: completing the Debtor's emergency petition, attending the Debtor's 341 meeting, preparing amendments to the Debtor's schedules, attending the status hearing, negotiating with creditors, filing and defending objections to the Debtor's cash collateral motion, defending the Debtor against Exchange Bank's motion the lift the stay, filing the Debtor's motion to enforce the stay, reviewing proofs of claim, requesting to extend the exclusivety period, and providing those other services specifically described in Exhibit B.

11. No payments have been promised by Attorney Barnes to any third party in any capacity in connection with this case except fees indicated in this fee application.

Attorney Barnes respectfully prays that he be allowed compensation in the amount of **$20,480.00** for the period designated for legal services rendered as the duly appointed bankruptcy counsel to the Debtor-in-possession in this bankruptcy case.

Respectfully submitted on October 28, 2010, by

/s/Arthur L. Barnes
Arthur L. Barnes

# Exhibit A

```
1  Arthur L. Barnes (SBN 096886)
   Attorney at Law
2  205 W. Yosemite Ave..
   Manteca, CA 95336
3  PH: (209) 825-8157
   FAX (209) 825-6115
4
```
2010-27215
FILED
May 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002577280

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:

RIPON SELF STORAGE, LLC

Debtor.

CASE NO. 10-27215-D-11

D.C. No. ALB - 2

CHAPTER 11

Order Approving Employment of Debtor's Counsel

### ORDER APPROVING EMPLOYMENT OF COUNSEL

On April 19, 2010, the debtor, as debtor-in-possession, filed Debtor's Application for Order Authorizing Employment of Arthur L. Barnes, Esq. as Bankruptcy Reorganization Counsel (the "Application") to employ Arthur L. Barnes, Esq. to represent the debtor, as debtor-in-possession. Based upon the Application, the record, and the verified statement required by Bankruptcy Rule 2014(a), it appears that the counsel is eligible to be employed.

**IT IS SO ORDERED** that the Application is granted and the debtor, as debtor-in-possession, is authorized to retain Arthur L. Barnes, Esq. as counsel, subject to the following reasonable terms and conditions:

1. The application is subject to the terms and conditions of 11 U.S.C. Section 328(a).

RECEIVED
April 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002577280

2. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. Section 330(a).

3. Compensation will be at the "lodestar rate" applicable at the time that services are rendered in accordance with the Ninth Circuit decision in In re Monoa Finance Co., 853 F.2d 687 (9th Cir. 1988). No hourly rate referred to in the Application papers is approved unless unambiguously so stated in this order or in a subsequent order of this court.

4. All funds received in connection with this matter for post-petition services, regardless of whether they are denominated a retainer or are said to be non-refundable, are deemed to be advance payment of fees and to be property of the estate.

5. Funds that are deemed to constitute an advance payment of fees shall be maintained in a trust account maintained in an authorized depository, which account may be either a separate interest-being account or a trust account containing commingled funds. Withdrawals are permitted only after approval of an application for compensation and after court issues an order authorization disbursement of a specific amount.

Dated: May 04, 2010

*Robert S. Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court

# Exhibit B

Arthur L. Barnes
Attorney at Law
205 W. Yosemite Ave.
Manteca, CA 95336

**History Bill**

Ripon Self Storage, LLC

Atty Arthur L. Barnes time $300.00 per hour - Bk Staff R.S.W. time: $60.00 per hour.

| Date | Atty/Staff | Description | Time | Amount |
|---|---|---|---|---|
| 03/24/2010 | Atty Barnes | Draft letter to Exchange Bank in reference to filing and in reply to telephone call with Atty for Exchange Bank regarding, among others, cash collateral. | .30 | $90.00 |
| 03/24/2010 | RSW | Telephone call with client confirming filing and next duties. | .50 | $30.00 |
| 03/25/2010 | Atty Barnes | Telephone call with Attorney Rachel Stevenson, Esq. of Exchange Bank regarding, among others, single asset case. | .10 | $30.00 |
| 03/25/2010 | Atty Barnes | Conference with client regarding wide range of issues, including, but not limited to Note A & B, security and non-security, etc. | 2.0 | $600.00 |
| 03/25/2010 | Atty Barnes | Draft letter to Exchange Bank in reference to single asset issue. | .20 | $60.00 |
| 03/26/2010 | RSW | Phone call with client expressing choices & obligations. | .50 | $30.00 |
| 03/25/2010 | RSW | Conference with client regarding choices & obligations of debtor-in-possession. | 1.0 | $60.00 |
| 03/26/2010 | Atty Barnes | Telephone call with Attorney John Harris, Esq. regarding lien holder on mechanics lien of record, its pending civil litigation in state court and possible purchase of property by lien holder for further plan of client/debtor. | .30 | $90.00 |
| 03/26/2010 | Atty Barnes | Conference with client regarding duties and obligations of debtor-in-possession, among other issues. | 1.0 | $300.00 |
| 03/29/2010 | Atty Barnes | Draft letter to Exchange Bank regarding cash collateral. | .20 | $60.00 |
| 03/29/2010 | RSW | Phone call with managing partner regarding preparing | | |

1

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| | | Trustee Questionnaire. | .25 | $15.00 |
| 03/29/2010 | RSW | Prepare Trustee Questionnaire. | 2.0 | $120.00 |
| 03/30/2010 | Atty Barnes | Conference in office with managing partner for debtor-in-possession regarding among others, the use of cash collateral and plan or plans for curing note A and various discussions regarding Exchange bank, possible buyers of the subject property, liens of record, and pending litigation in state court actions. | 2.5 | $750.00 |
| 03/31/2010 | Atty Barnes | Draft Notice of Motion and Motion for Use of Cash Collateral with supporting documents & attachments. | 4.0 | $1,200.00 |
| 03/31/2010 | RSW | Copy Notice of Motion, Motion for Cash Collateral; make service of same. | 2.0 | $120.00 |
| 03/31/2010 | RSW | Interview debtor and prepare Declaration. | 2.0 | $120.00 |
| 03/31/2010 | RSW | Finish and mail Questionnaire. | 1.0 | $65.00 |
| 04/01/2010 | RSW | Prepare Notice of Hearing; Prepare Proposed Order; Prepare Proof of Service. | 2.0 | $120.00 |
| 04/01/2010 | RSW | Copy and make service of Notice, Motion, Declaration & Proposed Order. | 2.0 | $120.00 |
| 04/01/2010 | RSW | File Notice, Motion, Declaration, and Proposed Order. | .50 | $30.00 |
| 04/01/2010 | RSW | Copy & serve Status Conference Order; prepare Proof of Service of Status Order; file Proof of Status Order. | 2.5 | $150.00 |
| 04/07/2010 | Atty Barnes | Travel to Stockton, CA to review file of state court litigation in regards to mechanic lien holder Diede Construction. | 1.50 | $450.00 |
| 04/08/2010 | Atty Barnes | Draft Debtor Status Report. | .40 | $120.00 |
| 04/13/2010 | Atty Barnes | Review proof of claim filed by Attorney Montanari, Esq. | .30 | $60.00 |
| 04/18/2010 | Atty Barnes | Conference in office with managing partner for debtor-in-possession regarding further documentation as requested by U.S. Trustee. | 1.0 | $300.00 |
| 04/19/2010 | Atty Barnes | Draft "first day motions"; application for employment of counsel with supporting documents. | 3.0 | $900.00 |
| 04/19/2010 | Atty Barnes | Draft letter to U.S. Trustee enclosing requested information. | .10 | $30.00 |

| # | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1 | 04/20/2010 | Atty Barnes | Review matter prior to next days hearing. | .20 | $60.00 |
| 2 | 04/20/2010 | Atty Barnes | Telephone call with managing partner for debtor-in-possession. | .30 | $90.00 |
| 3-5 | 04/21/2010 | Atty Barnes | Travel to Sacramento to attend Status Conference; conclude hearing; conference with managing partner of debtor-in-possession prior to and after hearing. | 1.5 | $450.00 |
| 6 | 04/22/2010 | Atty Barnes | Review "flow sheets" for January 2009 thru December 2009. | .20 | $60.00 |
| 7 | 04/22/2010 | Atty Barnes | Review and prepare for next day 341 hearing in Sacramento. | 1.0 | $300.00 |
| 8-9 | 04/23/2010 | Atty Barnes | Travel to Sacramento to attend 341 Hearing; conclude hearing; conference with client after hearing. | 1.5 | $450.00 |
| 10 | 04/23/2010 | Atty Barnes | Review Proof of Service by Atty Berke-Dreyfuss. | .10 | $30.00 |
| 11 | 04/25/2010 | Atty Barnes | Draft Response to Objection to the Use of Cash Collateral. | 1.0 | $300.00 |
| 12 | 04/26/2010 | Atty Barnes | Telephone call with debtor regarding recently filed claim. | .30 | $90.00 |
| 13 | 04/29/2010 | Atty Barnes | Conference in office with managing partner of debtor-in-possession. | 1.5 | $450.00 |
| 14-15 | 04/29/2010 | Atty Barnes | Review insurance binder & operating statement of debtor-in-possession; review limited partnership agreement. | .30 | $90.00 |
| 16-17 | 04/29/2010 | Atty Barnes | Telephone call with Attorney John Harris, Esq. regarding mechanic lien holder litigation and Diede Construction. | .20 | $60.00 |
| 18-20 | 04/30/2010 | Atty Barnes | Draft letter to U.S. Trustee enclosing Flow sheets, proof of insurance, operating statement, and Limited Partnership Agreement. | .10 | $30.00 |
| 21 | May 1, 2010 | RSW | Investigate I.R.S. issue of paid claim. | .30 | $18.00 |
| 22-23 | 05/04/2010 | Atty Barnes | Conference in office with managing partner in regards of, among others, upcoming hearing on use of cash collateral. | 1.0 | $300.00 |
| 24 | 05/05/2010 | RSW | Prepare Amended Schedule for debtor. | .50 | $30.00 |
| 25-26 | 05/12/2010 | Atty Barnes | Conference in office with managing partner of debtor-in-possession regarding future plan, potential buyers, current litigation. | 1.5 | $450.00 |

| # | Date | Who | Description | Hours | Amount |
|---|------|-----|-------------|-------|--------|
| 1-2 | 05/18/2010 | Atty Barnes | Conference in office with managing partner of debtor-in-possession regarding upcoming hearings. | 1.0 | $300.00 |
| 3 | 05/19/2010 | Atty Barnes | Draft letter to U.S. Trustee enclosing balance sheets. | .10 | $30.00 |
| 4-5 | 05/20/2010 | Atty Barnes | Draft Supplemental Declaration in Support of Motion for Cash Collateral. | .50 | $150.00 |
| 6 | 05/21/2010 | Atty Barnes | Telephone call with managing partner of debtor-in-possession. | .20 | $60.00 |
|  | 05/25/2010 | Atty Barnes | Prepare for next days hearing. | .50 | $150.00 |
| 7-9 | 05/26/2010 | Atty Barnes | Travel to Sacramento to attend hearing on Cash Collateral; conclude hearing; conference with managing partner of debtor-in-possession after hearing. | 2.0 | $600.00 |
| 10-11 | 06/04/2010 | Atty Barnes | Review Response by Exchange Bank to Supplemental Declaration of managing partner for issue of cash collateral. | .50 | $150.00 |
| 12-14 | 06/24/2010 | Atty Barnes | Draft letter to Reconstrust Company to have them stand down on foreclosure of managing partners "other" property due to the stay of the co-debtor, debtor-in-possession. | .50 | $150.00 |
| 15 | 06/24/2010 | RSW | File court schedules. | .20 | $12.00 |
| 16 | 06/25/2010 | Atty Barnes | Review letter from creditor Exchange Bank regarding Redwood Trust Deed Services. | .10 | $30.00 |
| 17-19 | 06/29/2010 | Atty Barnes | Draft letter to CalWestern Reconveyance Corporation regarding foreclosure of co-debtor and issues presented by foreclosure of collateral by managing partner of debtor-in-possession. | .30 | $90.00 |
| 20-21 | 06/30/2010 | Atty Barnes | Draft letter to Exchange Bank's Attorney enclosing cash collateral payment and discussion of other issues. | .30 | $90.00 |
| 22-23 | 07/01/2010 | Atty Barnes | Draft letter to Exchange Bank regarding, among others, the personal guarantee and collateralization of Note B. | .20 | $60.00 |
| 24 | 07/07/2010 | RSW | Telephone call with debtor (managing partner for debtor-in-possession. | .50 | $30.00 |
| 25 | 07/07/2010 | Atty Barnes | Draft letter to Recontrust Company regarding pending foreclosure. | .30 | $90.00 |
| 26 | 07/12/2010 | Atty Barnes | Research issues to respond to Relief from Stay issues. | 2.5 | $750.00 |

4

| | | | | | |
|---|---|---|---|---|---|
| 07/14/2010 | Atty Barnes | Continued research regarding issues presented in Relief From Stay Motion for proper defense of same. | 1.5 | $450.00 |
| 07/16/2010 | Atty Barnes | Further work on issues, case law, and other issues in defense of Relief from Stay motion by Exchange Bank. | 2.5 | $750.00 |
| 07/20/2010 | Atty Barnes | Draft letter to Attorney for secured creditor Exchange Bank regarding violation of stay. | .30 | $90.00 |
| 07/21/2010 | Atty Barnes | Review letter from Exchange Bank's attorney. | .10 | $30.00 |
| 07/23/2010 | Atty Barnes | Draft motion to extend exclusive period with supporting documents. | 3.0 | $900.00 |
| 07/27/2010 | Atty Barnes | Draft letter to Attorney for Exchange Bank in response to their letter of 07/21/2010. | .30 | $90.00 |
| 07/272010 | Atty Barnes | Draft Debtor's Response to Exchange Bank's Motion for Relief from Automatic with supporting documents. | 3.0 | $900.00 |
| 07/30/2010 | Atty Barnes | Draft Motion to Enforce Automatic Stay and supporting documents. | 3.0 | $900.00 |
| 08/02/2010 | RSW | Help debtor draft operating statements for filing with court. | 1.0 | $60.00 |
| 08/04/2010 | Atty Barnes | Review Exchange Bank's Reply to Debtor's Opposition to Motion for Relief from Stay. | 1.0 | $300.00 |
| 08/07/2010 | RSW | Finalize Operating Statements; make service of same to Trustee. | .50 | $30.00 |
| 08/16/2010 | Atty Barnes | Prepare for upcoming hearings regarding Motion(s) set for two hence (Aug. 18, 2010). | 1.5 | $450.00 |
| 08/17/2010 | Atty Barnes | Review Tentative Ruling for next day hearing; review cited cases. | .10 | $30.00 |
| 08/18/2010 | Atty Barnes | Review cases in regards to ruling on Motion for Relief. | .60 | $180.00 |
| 08/18/2010 | Atty Barnes | Travel to Sacramento to attend hearing on Motion for Relief from Stay and other Motions on calendar; conference prior to and after hearing with managing partner of debtor-in-possession. | 3.0 | $600.00 |
| 08/19/2010 | Atty Barnes | Research regarding most recent ruling in regards to asking for stay based upon court's ruling and for issues of possible appeal. | 2.0 | $600.00 |
| 08/23/2010 | Atty Barnes | Prepare Motion for Stay | | |

5

| | | | | | |
|---|---|---|---|---|---|
| | | | Pending Appeal and related documents. | 2.0 | $600.00 |
| | 10/01/2010 | RSW | Meeting with contract employee of debtor-in-possession to go over surrender of property on behalf of debtor. | .50 | $30.00 |
| | 10/04/2010 | Atty Barnes | Draft letter to Attorney for Exchange Bank regarding receiving keys back after Notice of 3-Day Quit received. | .20 | $60.00 |
| | 10/08/2010 | Atty Barnes | Draft letter to Exchange Bank enclosing cash collateral check after surrender of property. | .20 | $60.00 |
| | 10/14/2010 | Atty Barnes | Draft letter to Exchange Bank regarding property after surrender. | .30 | $90.00 |
| | 10/14/2010 | RSW | Meeting with contract employee regarding surrender of property and other issues of files, etc. | .50 | $30.00 |
| | 10/18/2010 | Atty Barnes | Draft letter to Devon Storage enclosing checks and or payments paid to debtor. | .10 | $30.00 |
| | 10/18/2010 | RSW | Telephone call with contract employee of debtor's; telephone call with managing partner of debtor-in-possession. | .50 | $30.00 |
| | 10/20/2010 | Atty Barnes | Draft letter to Exchange bank via their attorney regarding surrender, checks, etc. | .30 | $90.00 |
| | 10/22/2010 | RSW | Help debtor prepare and For filing August Statements. | .50 | $30.00 |
| | 10/25/2010 | Atty Barnes | Compile Statement for Interim Fee Application. | 2.5 | $750.00 |
| | | | Running Totals: | 85.5 hrs | $20,480.00 |