FILED
November 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003042171

Arthur L. Barnes SBN: 96886
Attorney at Law
243-A N. Maple
Manteca, CA 95336
Ph: (209) 825-8157
Attorney for Debtor
Ripon Self Storage, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

    Ripon Self Storage, LLC

                Debtor.

Case No.: 2010 - 27215

D.C. No. ALB - 9

CHAPTER 11

Notice of First Interim Fee Application By Debtor's Bankruptcy Counsel - Arthur L. Barnes

Date: December 1, 2010
Time: 10:00
Dept: D

**YOU ARE HEREBY NOTIFIED** that the Debtor's bankruptcy counsel has filed his **First Interim Fee Application by Debtor's Bankruptcy Counsel - Arthur L. Barnes,** which will be heard on **December 1, 2010, at 10:00 am, in Dept D** of the Bankruptcy Court identified below. Your rights may be affected by the Debtor's Counsel's Fee Application. An objection is not required however you may choose to attend the hearing and voice your objection. If you wish to file an objection it must be filed in the United States Bankruptcy Court, Eastern District of California, Sacramento Division, located at U.S. Courthouse, 501 I Street, sixth floor, Courtroom 34, Sacramento, California 95814. Any filed objection with evidence supporting the objection shall be served on the Debtor's attorney at the address listed above.

Respectfully submitted on October 29, 2010, by

/s/ Arthur L. Barnes
Arthur L. Barnes - Attorney for the Debtor Ripon Self Storage, LLC

Page 1 of 1