| | | | |
|---|---|---|---|
| **Case Title :** | Ripon Self Storage, LLC | **Case No :** | 10-27215 - D - 11 |
| | | **Date :** | 12/1/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [134] - Motion/Application for Compensation [ALB-9] for Arthur L. Barnes, Debtor's Attorney(s), Fee: $20480.00, Expenses: $. Filed by Attorney Arthur L. Barnes (pdes) | | UNOPPOSED |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :

Final ruling:

The court will deny the motion for the following reasons: (1) the applicant failed to serve the debtor, as required by FRBP 2002(a)(6); (2) the applicant served only the application and not the notice of hearing; (3) the applicant failed to serve the IRS and the Franchise Tax Board at their addresses on the Roster of Governmental Agencies, as required by LBR 2002-1; (4) the applicant failed to serve the creditors filing Claim Nos. 3 and 8 at the addresses on their proofs of claim, as required by FRBP 2002(g); and (5) the applicant failed to serve the equity security holders.

The application will be denied without prejudice by minute order due to the above-listed service defects. No appearance is necessary.