FILED
December 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D140

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Ripon Self Storage, LLC | **Case No :** | 10-27215 - D - 11 |
| | | **Date :** | 12/1/10 |
| | | **Time :** | 10:00 |

**Matter :** [134] - Motion/Application for Compensation [ALB-9] for Arthur L. Barnes, Debtor's Attorney(s), Fee: $20480.00, Expenses: $. Filed by Attorney Arthur L. Barnes (pdes)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is denied without prejudice.

Dated: December 02, 2010

_Robert S. Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court